HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
FELIX SALDIVAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FELIX SALDIVAR, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 2:14-mj-284 CKD <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE PRELIMINARY HEARING <br><br> Date:   April 29, 2016 <br> Time:  2:00 p.m. <br> Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Christiaan H. Highsmith, Assistant United States Attorney, attorney for Plaintiff, and Sean Riordan, attorney for Felix Saldivar, that:

1. The Complaint in this case was filed on December 2, 2014. Defendant was arrested by state authorities on March 4, 2015. He was in state custody until March 4, 2016, when he was released to the custody of federal law enforcement authorities. Defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on March 4, 2016. The court set a preliminary hearing date of March 18, 2016.

2. By ~~a~~ previous stipulations, the parties jointly moved for an extension of time of the preliminary hearing date from March 18, 2016 to April 22,

    2016, and then from April 22, 2016 to April 29, 2016 at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure

3. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to May 27, 2016, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, for the government's continuing investigation of the case, and for the parties to discuss a pre-indictment resolution of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. The parties further agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between April 29, 2016, and May 27, 2016, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | DATED: April 26, 2016 | HEATHER E. WILLIAMS |
| 2 | | Federal Defender |
| 3 | | |
| 4 | | */s/ Sean Riordan* |
| | | SEAN RIORDAN |
| 5 | | Assistant Federal Defender |
| 6 | | Attorney for FELIX SALDIVAR |
| 7 | DATED: April 26, 2016 | BENJAMIN B. WAGNER |
| | | United States Attorney |
| 8 | | |
| 9 | | */s/ Christiaan H. Highsmith* |
| | | CHRISTIAAN H. HIGHSMITH |
| 10 | | Assistant U.S. Attorney |

# **O R D E R**

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on April 22, 2016. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4. The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The preliminary hearing is continued to May 27, 2016, at 2:00 p.m.
2. The time between April 29, 2016, and May 27, 2016, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.
3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: April 26, 2016

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge